UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>CARLA COBB,<br>           Defendant. | 24-cr-00557-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS, based upon information received from the Government and from attorney Richard Palma (who has not yet been appointed counsel for the Defendant) and given Defendant's previous appointment of counsel during her August 27, 2024 presentment in the United States District Court, Eastern District Court of Pennsylvania, it is apparent that Defendant Carla Cobb is financially unable to travel to the State of New York; and

    WHEREAS it is necessary that Ms. Cobb appear in the Southern District of New York on October 1, 2024 for her initial appearance and arraignment;

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 4285, the United States Marshal Service is directed to arrange and pay for the Defendant's travel by TRAIN from PHILADELPHIA to NEW YORK CITY to facilitate her appearance in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, no later than 10:00 a.m. on October 1, 2024.  The train ticket should be issued in the name of Carla Cobb.

Dated:  September 30, 2024
          New York, New York

                                                  SO ORDERED.

                                                  JENNIFER L. ROCHON
                                                  United States District Judge