UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

CARLA COBB,

                Defendant.

24-cr-00557 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      Defendant Carla Cobb requested that new counsel be appointed and a hearing was held on August 18, 2025 on that request. Anticipated retained counsel was ordered to file a notice of appearance by August 29, 2025. Dkt. 41. After several extensions, such counsel did not file a notice of appearance and he withdrew his application to represent Defendant on September 5, 2025. Dkt. 47. On September 8, 2025, the Court scheduled a hearing for September 11, 2025 to appoint new CJA counsel.

      Late in the date on September 10, 2025, the day before the scheduled hearing date, the Court was informed that Defendant would not be appearing for the hearing for personal reasons. At the request of Defendant, the Court will adjourn the September 11, 2025 hearing to **September 16, 2025 at 10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: September 10, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge