UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CARLA COBB,

Defendant.

---

Case No. 24-cr-00557-JLR-2

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the status conference held on September 16, 2025, it is hereby ORDERED that Defendant Carla Cobb's request to appoint new CJA counsel is GRANTED. *See* Dkt. 35. Benjamin Silverman shall be appointed counsel for Ms. Cobb and Richard Palma and James E. Neuman are relieved as counsel.

IT IS FURTHER ORDERED that on the consent of the parties, the commencement of the jury trial in this matter as to Defendant Carla Cobb shall be ADJOURNED to **April 6, 2026, at 9:00 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that speedy trial time is excluded until April 6, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to prepare for trial and discuss potential resolution of this case.

IT IS FURTHER ORDERED that the parties shall appear for a final pretrial conference on **March 26, 2026, at 10:00 a.m.**

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pretrial submissions:

| | |
|---|---|
| **February 19, 2026:** | The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list. |

|  |  |
|---|---|
|  | In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules. |
| **February 26, 2026:** | Defendant shall file a response to the Government's motion(s) and her own motions *in limine*, if any. In addition, to the extent that Defendant intends to put on her own case-in-chief, she shall also file her exhibits lists and witness lists at this time. |
| **March 5, 2026:** | The Government shall file a response to Defendant's motion(s) *in limine*, if any. |

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

The Clerk of Court is respectfully directed add attorney Benjamin Silverman to the docket and terminate the appearances of Richard Palma, James E. Neuman and Andrew James Frisch. The Clerk of Court is further directed to terminate the pending motions at Dkts. 35 and 36.

Dated: September 16, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2