UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v.-

CARLA COBB,

             Defendant.

~~[Proposed]~~ **Order**
**S1 24 Cr. 557 (JLR)**

    Upon the application of the United States of America, by Assistant United States Attorney Justin Horton, and with the consent of the defendant, through her counsel, Benjamin Silverman, Esq., dated June 4, 2026;

    WHEREAS, sentencing in this matter is currently scheduled for June 18, 2026;

    WHEREAS, the United States Probation Office issued a revised final presentence investigation report ("PSR") on April 7, 2026;

    WHEREAS, both parties have determined that it will be necessary for them to review the Probation Office's files underlying the PSR in aid of their obligation to provide the Court with accurate and helpful sentencing information and advocacy;

IT IS HEREBY ORDERED that the United States Probation Office shall release to the United States Attorney's Office for the Southern District of New York ("USAO-SDNY") and counsel for the defendant copies of all materials obtained or otherwise relied on in connection with the Probation Office's preparation of the Presentence Report in this case (the "Probation File"), and that the parties shall treat the Probation File as Disclosure Material pursuant to the protective order previously issued in this case.  This resolves the Consent Letter Motion at Dkt. 83.

SO ORDERED.

Dated:    New York, New York
          June __4__, 2026


_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE