UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

CARLA COBB,

Defendant.

24-cr-00557-JLR

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Upon the issuance of this Court's Order dated June 4, 2026, the Court was informed that Probation Department policies prohibit the full disclosure of the underlying file for the presentence investigation report ("PSR"). According to the Probation Officer, it is not the case, as the Government represented in its letter dated June 4, 2026, that the Probation Officer who prepared the PSR "had no objection to the parties' request" for disclosure of the entire file. Dkt. 83. Rather, that Probation Officer relayed to the Court that there was no objection to the parties viewing particular underlying documents such as employment verification but that releasing the entire file violated department policies.

Therefore, the Court hereby **VACATES its June 4, 2026 order at Dkt. 84** and directs the parties to discuss next steps with the Probation Officer.

Dated: June 5, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge