ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                 :

UNITED STATES OF AMERICA

                 :    CONSENT PRELIMINARY ORDER

     - v. -                  OF FORFEITURE/

                 :    MONEY JUDGMENT

CARLA COBB,

                 :    S1 24 Cr. 557 (JLR)

     Defendant.

                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about January 14, 2026, CARLA COBB (the "Defendant"), was charged in a superseding information, S1 24 Cr. 557 (JLR) (the "Information"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Counts One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in Unted States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about January 14, 2026, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $20,000 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information;

ORIGINAL

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $20,000 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable for with her co-defendant, Aubrey Alexander, in *United States v. Alexander and Cobb*, 24 Cr. 557 (JLR) (the "Co-Defendant"), in the amount of $20,000, to the extent a forfeiture money judgment is entered against the Co-Defendant in that case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Justin Horton, of counsel, and the Defendant and her counsel, Benjamin Silverman and Carlos Salguero, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $20,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with her Co-Defendant in the amount of $20,000, to the extent a forfeiture money judgment is entered against the Co-Defendant in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, CARLA

COBB, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By: _____                    6/24/26
    JUSTIN HORTON                                 DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2276



CARLA COBB

By: _____                    6/24/26
    CARLA COBB                                    DATE


By: _____                    6/24/26
    BENJAMIN SILVERMAN, ESQ.                      DATE
    Attorney for Defendant


SO ORDERED:

_____                         6/24/26
HONORABLE JENNIFER L. ROCHON                       DATE
UNITED STATES DISTRICT JUDGE